

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| IN RE: | § |
| | § |
| RYAN ENVIRONMENTAL, LLC, | §   BK No. 1:22-bk-00216 |
| | §   (Chapter 11) |
| Debtor- in-Possession. | § |

### ORDER AND NOTICE FINDING SUBSTANTIAL CONSUMMATION OF THE PLAN OF REORGANIZATION AND CLOSING CHAPTER 11 CASE

This Chapter 11 case was filed on May 5, 2022.  An order was entered on December 29, 2022, which confirmed the Plan of Reorganization of the Debtor-in-Possession.

On March 22, 2023, the Debtor-in-Possession, by its counsel, filed a Report of Substantial Consummation noting that the Debtor-in-Possession has complied with the Plan of Reorganization and the Plan has been substantially consummated.   After a review of the record in this case, it is hereby

**ORDERED** that the Report of the Debtor-in-Possession be ratified and approved. Pursuant to **11 U.S.C. §1141** and by operation of law, upon confirmation of the Debtor's Plan, all dischargeable debts have been discharged.

The Court, now finding that the plan of reorganization has been substantially consummated, and further finding that nothing remains to be done in this matter, **DIRECTS** that the Clerk of this Court close this case and remove it from the active docket of the Court.

**NOTICE** is hereby given that the Debtor has a continuing obligation to perform under the terms and conditions of the reorganization plan and any creditor or other party in interest retains their rights to compel payment or performance under state or federal law.